Soheyl Tahsildoost (Bar No. 271294) (st@thetafirm.com)
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Ste. 270
Lawndale, CA 90260
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for defendant Tesla, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR ZEETSER, an individual; VLADIMIR ZEETSER DPM INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA MOTORS, INC., a Delaware Corporation; and Does 1-75, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-7897<br>[Alameda County Superior Court Case No. RG20071928]<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331, 1367, 1441 AND 1446 BY DEFENDANT TESLA, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS TESLA MOTORS, INC.**<br><br>Complaint Filed:   August 17, 2020 |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, defendant Tesla, Inc. ("TESLA"), by its undersigned attorneys, hereby removes the above-captioned civil action, and all claims and causes of action therein, from the Superior Court of California, County of Alameda, to the United States District Court for the Northern District of California. Defendant TESLA states as follows:

**Jurisdiction and Authority for Removal**

1)   On June 9, 2020, an action was commenced by plaintiffs Vladimir Zeetser and Vladimir Zeetser DPM Inc.("Plaintiffs") against Defendant TESLA in the Superior Court of the State of California for the County of Alameda, entitled "VLADIMIR

1

ZEETSER and VLADIMIR ZEETSER DPM INC., v. TESLA, INC. WHICH WILL DO BUSINESS ) IN CALIFORNIA AS TESLA MOTORS, INC., a Delaware Corporation; and DOES 1 through 20, inclusive" ("State Court Case"), Case No. RG20071928. The summons and complaint were served on TESLA on October 9, 2020. This removal is therefore timely under 28 U.S.C. §1446(b).

2) Attached hereto as **Exhibit A** are all the documents served on the removing defendant TESLA in the State Court Case, including a copy of the conformed State Court Case complaint.

3) The Northern District of California encompasses Alameda County. Venue is appropriate based on the fact that this action was filed in Alameda County and based on the allegations in the Complaint in the State Court Case.

4) This Court has original jurisdiction over this action under 28 U.S.C. § 1331, 1338 and 15 U.S.C. § 1121(a) because the Complaint alleges, as the second cause of action, Violation of the Magnuson-Moss Warranty Act 15 U.S.C. § 2301. Thus, removal is based on a claim "arising under" federal law. Plaintiff's alleged damages are approximately $72,328.53, which exceeds the $50,000 threshold requirement for Magnum-Moss 15 U.S.C. § 2301 et. seq.

5) This Court has supplemental jurisdiction over the First cause of action in this action because this cause of action is so related to the second causes of action that they form part of the same case or controversy under Article III of the United States Constitution. (*See* 28 U.S.C. § 1367.) Both claims arise out of the alleged breach of warranty and alleged failure to conform the vehicle to warranty.

///
///
///
///
///
///

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331, 1367, 1441 AND 1446 BY DEFENDANT TESLA, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS TESLA MOTORS, INC.**

**Notice to Plaintiff and the Superior Court of Removal of the Civil Action**

6) Defendant TESLA will promptly serve a copy of this Notice of Removal on counsel for Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Superior Court of California for the County of Alameda pursuant to 28 U.S.C. § 1446(d).

Dated: November 9, 2020        THETA LAW FIRM, LLP

_____
SOHEYL TAHSILDOOST
Attorneys for defendant Tesla, Inc.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331, 1367, 1441 AND 1446 BY DEFENDANT TESLA, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS TESLA MOTORS, INC.

**PROOF OF SERVICE**
**(FRCP 4(l); Code Civ. Proc., § 1013a(3) Revised 5-1-88)**

I am over the age of 18, not a party to this action, and employed in the county where this mailing occurred. My business address is 15901 Hawthorne Blvd., Suite 270, Lawndale, CA 90260. On **November 9, 2020**, I served the following documents described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1331, 1367, 1441 AND 1446 BY DEFENDANT TESLA, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS TESLA MOTORS, INC.** on interested parties in this action by placing original/true copies thereof in sealed envelopes addressed as follows:

> Jason N. Cirlin, Esq.
> KOLETSKY, MANCINI, FELDMAN & MORROW
> 3460 Wilshire Boulevard, Eight Floor
> Los Angeles, CA 90010
> Telephone: (213) 427-2350
> Facsimile: (213) 427-2366
> jcirlin@kmfm.com

☐ BY MAIL: I deposited such envelope in the mail at Lawndale, California. The envelope was mailed with proper postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Said mailing is deposited with the United States Postal Service on that same day in the ordinary course of business and there is delivery service by United States mail at the place so addressed. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I delivered such envelope by hand to the individual(s) listed on the above service list.

☒ BY ELECTRONIC TRANSMISSION: I caused to be electronically transmitted such document referenced above to the individual(s) listed on the above service list.

☐ BY FACSIMILE TRANSMISSION: I transmitted the facsimile to the individual(s) listed on the above service list at the facsimile number listed thereon. The telephone number on the facsimile machine I used is (424) 286-2244. The facsimile machine I used complied with Rule 2.306 and no error was reported by the machine. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person at the above-address. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **November 9, 2020** at Lawndale, California.

_____
Steven Correa