1  Soheyl Tahsildoost (Bar No. 271294)
   THETA LAW FIRM, LLP
2  15901 Hawthorne Blvd., Suite 270
   Lawndale, CA 90260
3  Telephone: (424) 297-3103
   Facsimile: (424) 286-2244
4  eservice@thetafirm.com

5  Attorneys for defendant Tesla, Inc.

6

7

8                     UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 VLADIMIR ZEETSER, an            ) Case No.:  3:20-cv-07897-SK
   individual; VLADIMIR ZEETSER    ) [Alameda County Superior Court Case
   DPM INC., a California Corporation ) No. RG20071928]
12                                  )
                                    )
13             Plaintiffs,          ) **STIPULATION TO EXTEND TIME**
                                    ) **TO RESPOND TO INITIAL**
14 vs.                             ) **COMPLAINT BY NOT MORE THAN**
                                    ) **30 DAYS (L.R. 8-3)**
15 TESLA MOTORS, INC., a           )
   Delaware Corporation; and Does 1- ) Complaint Filed:   August 17, 2020
16 75, inclusive,                   ) Current Response Date: January 15, 2021
                                    ) New response date: February 15, 2021
17             Defendants.          )
                                    ) Judge: Hon. Sallie Kim
18                                  )

19      TO THE COURT:

20          IT IS HEREBY STIPULATED by and between Plaintiffs Vladimir Zeetser

21 and Vladimir Zeetser DPM, Inc. and Defendant Tesla, Inc., (hereinafter

22 collectively referred to as "Parties") that Tesla, Inc.'s deadline to respond to the

23 Complaint be extended to February 15, 2021.

24          Good cause exists for this extension because the Parties are engaged in

25 settlement discussions and increased fees and costs in litigation will serve as an

26 impediment to this discussion.

27

28                                     1

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

1  DATED: January 13, 2021          KOLETSKY, MANCINI, FELDMAN &
2                                   MORROW
3
4                                   By: _____
5                                       Jason Cirlin
                                        Attorney for Plaintiffs
6
7  DATED: January 13, 2021          THETA LAW FIRM, LLP
8
9                                   By: _____
10                                      SOHEYL TAHSILDOOST
                                        Attorneys for defendant Tesla, Inc.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                         2

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL**
**COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**