UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR ZEETSER, an individual; VLADIMIR ZEETSER DPM INC., a California Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA MOTORS, INC., a Delaware Corporation; and Does 1-75, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-07897-SK<br>[Alameda County Superior Court Case No. RG20071928]<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed:   August 17, 2020<br>Current Response Date: January 15, 2021<br>New response date: February 15, 2021<br><br>Judge: Hon. ~~Sallie Kim~~ Vince Chhabria |

Per the stipulation of Plaintiffs Vladimir Zeetser and Vladimir Zeetser DPM, Inc. and Defendant Tesla, Inc.'s deadline to respond to Plaintiffs' Complaint is hereby extended to February 15, 2021. The initial case management conference is continued to March 17, 2021 at 2:00 p.m. IT IS SO ORDERED.

Date: January 14, 2021

_____
Honorable Judge ~~Sallie Kim~~ Vince Chhabria
United States District Court
Northern District of California

1