Soheyl Tahsildoost (Bar No. 271294)
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Suite 270
Lawndale, CA 90260
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for defendant Tesla, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR ZEETSER, an individual; VLADIMIR ZEETSER DPM INC., a California Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA MOTORS, INC., a Delaware Corporation; and Does 1-75, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-07897-SK<br>[Alameda County Superior Court Case No. RG20071928]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: August 17, 2020<br>Current Response Date: January 15, 2021<br>New response date: February 15, 2021<br><br>Judge: Hon. Sallie Kim |

TO THE COURT:

IT IS HEREBY STIPULATED by and between Plaintiffs Vladimir Zeetser and Vladimir Zeetser DPM, Inc. and Defendant Tesla, Inc., (hereinafter collectively referred to as "Parties") that Tesla, Inc.'s deadline to respond to the Complaint be extended to February 15, 2021.

Good cause exists for this extension because the Parties are engaged in settlement discussions and increased fees and costs in litigation will serve as an impediment to this discussion.

1

| | | |
|---|---|---|
| 1 | DATED: January 13, 2021 | KOLETSKY, MANCINI, FELDMAN & MORROW |
| 2 | | |

By: _____
Jason Cirlin
Attorney for Plaintiffs

DATED: January 13, 2021                THETA LAW FIRM, LLP

By: _____
SOHEYL TAHSILDOOST
Attorneys for defendant Tesla, Inc.

2

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**