Soheyl Tahsildoost (Bar No. 271294)
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Suite 270
Lawndale, CA 90260
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for defendant Tesla, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR ZEETSER, an individual; VLADIMIR ZEETSER DPM INC., a California Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>TESLA MOTORS, INC., a Delaware Corporation; and Does 1-75, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-07897-SK<br>[Alameda County Superior Court Case No. RG20071928]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: August 17, 2020<br>Current Response Date: February 15, 2021<br>New response date: March 2, 2021<br><br>Judge: Hon. Vince Chhabria |

TO THE COURT:

IT IS HEREBY STIPULATED by and between Plaintiffs Vladimir Zeetser and Vladimir Zeetser DPM, Inc. and Defendant Tesla, Inc., (hereinafter collectively referred to as "Parties") that Tesla, Inc.'s deadline to respond to the Complaint be extended to March 2, 2021.

Good cause exists for this extension because the Parties are engaged in settlement discussions and increased fees and costs in litigation will serve as an impediment to this discussion.

1

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 2/16, 2021 | KOLETSKY, MANCINI, FELDMAN & MORROW |
| 3 | | |
| 4 | | |
| 5 | | By: _____ |
| 6 | | Jason Cirlin<br>Attorney for Plaintiffs |
| 7 | | |
| 8 | DATED: February 16, 2021 | THETA LAW FIRM, LLP |
| 9 | | |
| 10 | | By: _____ |
| 11 | | SOHEYL TAHSILDOOST<br>Attorneys for defendant Tesla, Inc. |

2

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**